**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| D.V.Y.P., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-355-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION | : | |
| CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**<u>ORDER</u>**

On March 9, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing or file a motion seeking relief from the order.  Order 2, ECF No. 3.  On March 16, 2026, Respondents filed a motion to dismiss the petition in response to the Court's order (ECF No. 5).  Respondents contend in good faith that "*J.A.M.* and *P.R.S.* do not control the result in this case and that the order for a bond hearing should be stayed and the Petition should be dismissed."  Resp'ts' Mot. to Dismiss 2, ECF No. 5. Thus, for good cause shown and in order to provide Respondents with an opportunity to adjudicate their motion, the Court's order for bond hearing (ECF No. 3) is hereby stayed until further notice from the Court.  Petitioner shall have twenty-one (21) days to file a response to Respondents' motion.

**SO ORDERED**, this 18th day of March, 2026.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE